UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
:
STRIKE 3 HOLDINGS, LLC,                                          :
                                                                 :   Case No. 1:22-cv-04602-WFK-CLP
                        Plaintiff,                               :
                                                                 :
        vs.                                                      :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
209.122.202.158,                                                 :
                                                                 :
                        Defendant.                               :
-----------------------------------------------------------------X

## PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 209.122.202.158, are voluntarily dismissed with prejudice.

Dated: April 27, 2023

Respectfully submitted,

THE ATKIN FIRM, LLC
By: /s/ John C. Atkin
John C. Atkin, Esq.
400 Rella Blvd., Ste. 165
Suffern, NY 10901
Tel: (973) 314-8010
Fax: (833) 693-1201
JAtkin@atkinfirm.com
*Attorneys for Plaintiff*

SO ORDERED.
s/ WFK
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: April 28, 2023
Brooklyn, New York